UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ROGER EARL COLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20CV357 |
| | ) | |
| JASON GOLKINLLICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On October 13, 2020, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. ' 636. Plaintiff filed objections (Doc. 4) within the time limit prescribed by Section 636.

The court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 2), which is affirmed and adopted.

IT IS THEREFORE ORDERED that that this action is dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects set out in the Recommendation.

/s/ Thomas D. Schroeder
United States District Judge

December 9, 2020